It is further contended that the evidence was clearly sufficient to show that she was guilty of the offense named in the judgment. This, in our opinion, is entirely immaterial, for plaintiff in error was not required to offer evidence to meet any charge except the one named in the information.

The judgment of the Municipal Court is reversed.

*Reversed.*

### West Side Brewery Company, Appellee, v. Hans Sorensen, Appellant.

### Gen. No. 23,159.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN RICHARDSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed October 31, 1917.

### Statement of the Case.

Replevin by the West Side Brewery Company, plaintiff, against Hans Sorensen, defendant, to determine the right of possession to certain saloon fixtures. The evidence showed that the premises containing the fixtures were leased by one Jasperson in 1910, who executed a contract acknowledging plaintiff's ownership of the fixtures. A year and a half later the premises were leased by one Larsen. During the incumbency of these two tenants, plaintiff made changes in and additions to the fixtures. Three years and a half after Jasperson's tenancy had terminated, Larsen sold his lease to defendant, giving him also a bill of sale for which the consideration was $1, but nothing being said as to the fixtures. Defend-

ant claimed that plaintiff had given Jasperson possession of the property and had clothed him with the indicia of ownership and was estopped to deny his ownership. From a judgment for plaintiff, defendant appeals.

OTTO CHRISTENSEN and M. EMMET CLARE, for appellant.

MECHEM, BANGS & HARPER, for appellee.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

REPLEVIN, § 124*—*when evidence supports judgment for plaintiff.* In an action of replevin to determine the right to the possession of certain saloon fixtures, evidence *held* to support a judgment for plaintiff.

---

### City of Chicago, Appellee, v. Alex Langer, Appellant.

### Gen. No. 23,163.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed October 31, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Alex Langer, defendant, for selling malt liquor in quantities of one gallon or more without obtaining a license so to do for the place of business where the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.